IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY HAMILTON,

    Petitioner,                    No. CIV S-04-0036 FCD DAD P

    vs.

MATTHEW C. KRAMER,

    Respondent.                ORDER

_____/

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's July 13, 2005, request for leave to file a supplemental answer is granted;

2. Petitioner may file and serve a reply within thirty days after service of this order;

3. The Clerk shall file the fourteen-page supplemental answer submitted as Attachment 1 to respondent's July 13, 2005 request, excluding the attachment cover page; and

4. Matthew C. Kramer is substituted for D. Butler as respondent.

DATED: July 18, 2005.

                                              /s/ Dale A. Drozd
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:13
hami0036.suppans